**Steven F. Dunbar, Esq.**
104 South Main Street
Phillipsburg, New Jersey 08865
908-454-0074
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 13 Bankruptcy |
| | Case No. 15-29559-MBK |
| **RICHARD BEATTY and** | |
| **PATRICIA BEATTY** | |
| Debtors | |
| | **CERTIFICATION IN SUPPORT** |
| | **OF MOTION TO ALLOW** |
| | **LATE FILE OF CLAIM** |

I, Richard Beatty, of full age, do hereby certify that:

1. I am the Debtor in the above matter and I make this Certification in support of my Motion to Allow Late Filed Proof of Claim.

2. On October 16, 2015, I filed for relief under Chapter 13 of the Bankruptcy Code. This matter is docketed under docket number 15-29559-MBK.

3. The 341A Meeting of Creditors was held on December 10, 2015. On February 9, 2016 I was able to confirm a Plan of payments.

4. As part of my Chapter 13 case, I have indicated that the Newlands Asset Holding Trust was owed overdue mortgage payments with a claim of approximately $82,161.58.

  5. On February 18, 2016, Newlands Asset Holding Trust filed a Proof of Claim that appears in the Claims Register as Claim #4-1. This Proof of claim was filed one (1) day after the Claims Bar Date of February 17, 2016. This claim was also less than I had expected and Newlands Asset Holding Trust filed their Proof of Claim with a value of $69,276.96.

  6. Although the Proof of Claim was technically a late filed Proof of Claim, it is consistent with my Modified Chapter 13 Plan After Confirmation that was filed on April 28, 2016. A Confirmation Hearing has been scheduled for this Modified Plan After Confirmation for June 14, 2016 at 10:00 a.m. This is a debt that I have always intended to pay. More importantly, the payment of this debt is the main reason for the filing of my Chapter 13 Bankruptcy Case.

  7. I respectfully request that this Proof of Claim be allowed and authorized and that the Trustee be directed to pay the secured Proof of Claim as scheduled.

  9. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 18, 2016            /s/ Richard Beatty
                            Richard Beatty, Debtor